■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VERNIE CHARLEY, JR., Appellant.— Appeal by defendant from a judgment of the County Court, Westchester County, rendered October 29, 1970, convicting him, upon a jury verdict, of assault in the third degree upon one Nancy Sherman (1st count) and harassment of his wife, Karen Charley, under the third count of the indictment, which charged him with assault in the third degree. Judgment modified, on the law, by reversing the conviction and sentence under the third count of the indictment and dismissing said count. As so modified, judgment affirmed. Harassment is not an included or a lesser count of assault in the third degree (*People* v. *Moyer,* 27 N Y 2d 252). Rabin, P. J., Munder, Shapiro, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE DELROW, Appellant.— Order of the Supreme Court, Kings County, dated April 11, 1969, and judgment of said court, rendered June 4, 1970 on resentence, affirmed. No opinion. Appeal from order of the same court dated December 18, 1969 dismissed as moot. This order denied, without prejudice, a motion to obtain *in forma pauperis* a copy of defendant's psychiatric report. A psychiatric examination was conducted, the sentencing court received the report prior to resentence, and defendant was furnished with a copy. Rabin, P. J., Munder, Shapiro, Christ and Brennan, JJ., concur.